UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS, | No. 2:22-cv-2250 CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA PRUDHEL, et al., | |
| Defendants. | |

Plaintiff has filed a motion for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 13) is granted; and

2. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: March 22, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/kly
will2250.36