UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS,<br><br>       Plaintiff,<br><br>  v.<br><br>JOSHUA PRUDHEL, et al.,<br><br>       Defendants. | No.  2:22-cv-2250 KJM CKD P<br><br><br>ORDER |

The California Department of Corrections and Rehabilitation (CDCR) requests an extension of time to file the notice of e-service waiver referenced in the court's December 29, 2023, order.  Good cause appearing, IT IS HEREBY ORDERED that CDCR's request (ECF No. 25) is granted.  CDCR is granted until February 21, 2024, to file the notice of e-service waiver.

Dated:  February 13, 2024

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
will2250.36