UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS, | No. 2:22-cv-02250 KJM CKD P |
| Plaintiff, | |
| v. | ORDER |
| JOSHUA PRUDHEL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 29, 2023, the magistrate judge filed findings and recommendations, which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

/////

1

. . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 29, 2023 are adopted in full.

2. This action will proceed on the following claims:

   A. Claims arising under the First Amendment based upon retaliation for protected conduct against defendants Vertelli, Groves and Herr as alleged in paragraphs 5-13 in plaintiff's amended complaint.

   B. Claims arising under the First Amendment based upon retaliation for protected conduct against defendants Vertelli, Rios, Benson, Simmons and Groves as alleged in paragraphs 23-43 of plaintiff's amended complaint, and a claim for exposure to harmful conditions of confinement in violation of the Eighth Amendment against the same defendants relating to plaintiff's fall down the stairs alleged in paragraph 43.

3. All other claims and defendants are dismissed.

4. This matter is referred back to the magistrate judge for all further proceedings.

DATED: April 3, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2