UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY JAMES WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA PRUDEL, et al.,<br><br>    Defendants. | No.  2:22-cv-2250 KJM CKD P<br><br><br><br>ORDER |

On March 29, 2024, the court stayed this matter for a period of 120 days for purposes of alternative dispute resolution (ADR).  ECF No. 29.  On May 28, 2024, defendants filed a document indicating that plaintiff is deceased.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' "motion to opt out of the post screening ADR project" (ECF No. 31) is granted;

2. The stay imposed in this action on March 29, 2024, is lifted; and

3. Any motion to substitute plaintiffs under Rule 25(a) of the Federal Rules of Civil Procedure must be filed no later than August 26, 2024.

Dated:  June 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
jame2250.oo