UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BOBBY JAMES WILLIAMS,

       Plaintiff,

       v.

JOSHUA PRUDHEL, et al.,

       Defendants.

No.  2:22-cv-2250-TLN-CKD

**ORDER**

Plaintiff filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  Plaintiff's brother asks that this case be reopened and that he be allowed to substitute as plaintiff.

On April 3, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 43.)  Plaintiff's brother filed objections to the findings and recommendations.  (ECF No. 46.)  Defendants filed a reply.  (ECF No. 47.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

1

analysis and adopts the magistrate judge's recommendations.  However, to the extent Mr. Williams wishes to pursue a wrongful death claim on behalf of his brother (*see* ECF Nos. 44, 48), those claims are not at issue in this case and Mr. Williams is not precluded from seeking relief through a new lawsuit.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 43) are adopted in full; and

2.  Plaintiff's brother's motions to reopen this case (ECF Nos. 36, 39, 41 and 44) are DENIED.

IT IS SO ORDERED.

Date: May 5, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE